DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRGINIA EVELYN JONES, RICHARD GLEN MYERS, JR.,**
and **BONNIE TILLEY,**
Appellants,

v.

**LEISURE VILLAGE, INC. OF STUART,**
a for-profit corporation,
Appellee.

No. 4D21-3201

[February 15, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case No. 2021CC000677.

George C. Gaskell III, Stuart, for appellants.

Leif J. Grazi of Grazi & Gianino, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***